[No. 26514-5-III. Division Three. August 26, 2008.]

BARBARA A. CAGGIANO, *Appellant*, v. SPOKANE AIRPORT BOARD, *Defendant*, SOUTHWEST AIRLINES COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-05597-1, Robert D. Austin, J., entered September 21, 2007. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 26150-6-III. Division Three. August 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY DON YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-00403-8, Michael P. Price, J., entered August 24, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Brown, J.

[No. 59473-7-I. Division One. September 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MAHAD MOHAMED ISMAIL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-12632-5, Andrea A. Darvas, J., entered January 19, 2007. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 59623-3-I. Division One. September 2, 2008.]

*In the Matter of the Marriage of* MARLENE BOLSTER, *Respondent*, and J. FREDERICK BOLSTER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-3-00039-6, Charles R. Snyder, J., entered January 25, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Schindler, C.J., and Cox, J.